**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00007-CV**
_____

**MK CONSTRUCTORS, Appellant**

**V.**

**AKAMU MODERNIZATIONS, LLC AND ANN QUACH, Appellees**

___

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-202,981**

___

**MEMORANDUM OPINION**

MK Constructors, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

1

Submitted on April 20, 2022
Opinion Delivered April 21, 2022

Before Kreger, Horton and Johnson, JJ.